# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CHERI ANN LEINBERGER, MATTHEW S. LEINBERGER, DANIEL P. SENECA, KATHLEEN A. SENECA AND WILLIAM J. NECKER, | : No. 745 MAL 2018 |
| | : |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the **Unpublished Memorandum** |
| Petitioners | : **Opinion and Order** of the |
| | : Commonwealth Court at No. 1620 CD |
| | : 2017 entered on October 11, 2018, |
| v. | : **affirming** the Order of the Lehigh |
| | : County Court of Common Pleas at No. |
| | : 2015-C-3839 entered on November |
| ANTHONY G. STELLAR, AS TRUSTEE OF THE DEBORAH E. STELLAR REVOCABLE TRUST, | : 10, 2017 |
| | : |
| | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**                                                    **Decided: May 24, 2019**

**AND NOW**, this 24th day of May, 2019, the Petition for Allowance of Appeal is

**GRANTED**, the Commonwealth Court's order is **VACATED**, and this matter is remanded

for proceedings consistent with this Court's decision in *Slice of Life, LLC v. Hamilton Twp.*

*Zoning Hearing Bd.*, ___ A.3d ___, 2019 WL 1870562 (Pa. Apr. 26, 2019).